UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA, *on behalf of herself and all others similarly situated*,

            Plaintiff,

– against –

FLAVORGOD LLC,

            Defendant.

**ORDER**

20 Civ. 10239 (ER)

RAMOS, D.J.:

    Plaintiff filed the instant suit against Defendants on December 4, 2020. Doc. 1. A summons was issued on December 7, 2020, Doc. 4, but Plaintiff has not yet filed an affidavit of service, and Defendant has not appeared. Accordingly, Plaintiff is directed to submit a status report by April 19, 2021. Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 4(m).

    SO ORDERED.

Dated:   April 5, 2021
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.