**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

## MEMO ENDORSED

**VIA ECF**

Hon. Judge Edgardo Ramos

United States District Judge

Southern District of New York

40 Centre Street

New York, NY 10007

April 19, 2021

Re:   <u>Paguada v. FlavorGod LLC; Case No: 1:20-cv-10239-ER</u>

To the Honorable Judge Ramos,

The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's April 5, 2021 Order directing Plaintiff to move for a default judgment or provide a status update by April 19, 2021.

By way of background, this matter has been pending before the Court since December 4, 2020 and while Defendant was properly served (and Affidavit of Service filed on the docket), Defendant failed to appear or otherwise respond.

Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Flavor God, LLC and will promptly be filing its Motion for a Default Judgement in accordance with the Court's Individual Rules.

As such, Plaintiff is requesting 30 days in which to attempt to contact Defendant or in the alternative, move for Default Judgment.

Thank you for the consideration of Plaintiff's request.

Yours sincerely,

**/s/Mars Khaimov**

Mars Khaimov, Esq., **Principal**

**Mars Khaimov Law, PLLC**

---

The docket reflects that no affidavit of service has been filed.  Plaintiff is directed to file an affidavit of service by April 27, 2021.  If Plaintiff intends to move for default, she must do so by May 13, 2021.  Failure to comply with this Order could result in the Court dismissing the case under Federal Rules of Civil Procedure 4(m) or 41.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 6.

So ordered.

Edgardo Ramos, U.S.D.J
Dated: 4/20/2021
New York, New York