**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

FLAVORGOD LLC
                Defendant.

Case No.  1:20-cv-10239-ER

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
           April 26, 2021

                                      Respectfully submitted,

                                      *By: /s/ Mars Khaimov*
                                      Mars Khaimov, Esq.
                                      Mars Khaimov Law, PLLC
                                      10826 64th Avenue, Second Floor
                                      Forest Hills, New York 11375
                                      marskhaimovlaw@gmail.com
                                      *Attorneys for Plaintiff*